Case 10-91845   Filed 07/10/10   Doc 16

2

2010-91845
FILED
July 10, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002764230

LAW OFFICES OF JOHN C. KYLE
John Calvin Kyle, Esq. 81391
Gregory J. Smith, Esq. 114576
5651 North Pershing Avenue, Suite A-3
P.O. Box 7007
Stockton, California 95267-0007
(209) 956-9698 / FAX: (209) 956-9697

Attorney for Debtors
THURMAN, RUSSELL E.
SHIVARAS-THURMAN, KAUTY

```
               UNITED STATES BANKRUPTCY COURT
               EASTERN DISTRICT OF CALIFORNIA

In Re:                        )   Case No:   10-91845-D-13
THURMAN, RUSSELL E.           )   Proceedings Under Chapter 13
SHIVARAS-THURMAN, KAUTY       )
                              )
         Debtors              )
```

ORDER CONFIRMING DEBTORS' CHAPTER 13 PLAN
AND MOTION TO VALUE COLLATERAL

The Chapter 13 plan of the above-named debtors has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtors' plan satisfied the requirements of 11 U.S.C. 1325.

Therefore, IT IS ORDERED that the plan is confirmed.

1. The debtors shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtor's address;

2. The debtors shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the debtor; and

3. The debtors shall appear in court whenever notified to do so by the court.

RECEIVED
July 08, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002764230

**IT IS FURTHER ORDERED** that the attorney's fees for the debtor's attorney in the full amount of $3,500.00 are approved, $ 1,800.00 of which was paid prior to the filing of the petition. The balance of $ 1,700.00, provided that the attorney and debtor have executed and filed a Rights and Responsibilities of Chapter 13 Debtors and their Attorneys, shall be paid by the trustee from plan payments at the rate specified in the *Guidelines for Payment of Attorneys' Fees in Chapter 13 Cases.*

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. §1323, the plan is amended as follows:

**IT IS FURTHER ORDERED** that the motion to value the collateral of  GMAC Mortgage  is granted. The replacement value of the collateral and the secured claim of such creditor is determined to be $ 0.00   and the deficiency shall be allowed as a general unsecured claim provided that a timely proof of claim is filed.

*/s/ Russell D. Greer*

Approved as to form by
Russell Greer, Standing Chapter 13 Trustee

D  Dated:  July 10, 2010

*/s/ Robert Bardwil*
Robert S. Bardwil, Judge
United States Bankruptcy Court

*ORDER CONFIRMING DEBTORS' CHAPTER 13 PLAN*
*AND MOTION TO VALUE COLLATERAL*
*For 10-91845-D-13*
*Page 2 of 2*